| PROB 22 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 01-005695-CR-JORDAN |
| | | DOCKET NUMBER(Rec.Ct) |
| MAGISTRATE JUDGE SCHENKIER | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **CARLOS TYRONE WILSON** | SD/FL, MIAMI | PROBATION |

07CR 700

| | NAME OF SENTENCING JUDGE |
|---|---|
| | **THE HONORABLE ADALBERTO JORDAN** |

JUDGE LEINENWEBER

| SD/FL PACTS No. 68682 | DATES OF PROBATION SUPERVISED RELEASE | FROM 07/21/06 | TO 07/20/09 |
|---|---|---|---|

OFFENSE: **IMPORTATION OF COCAINE**, in violation of Title 21, US Code, Section 952(a).

FILED
JN 10-23-07
OCT 23 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

  **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois, Chicago** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8-31-07_          _[signature]_
Date          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **ILLINOIS**

  **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_OCT 2 3 2007_          _James F. Holderman_
Effective Date          United States District Judge