# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

**FILED**

**NOV 1 5 2007**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

07cr700

November 7, 2007

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

       Case:   United States vs. Carlos Tyrone Wilson
       Case No. 01-569-CR-Jordan

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

     –     (1) certified copy of PROB 22 Transfer of Jurisdiction
     –     (1) certified copy of the Indictment
     –     (1) certified copy of the J&C
     –     (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX,
Court Administrator•Clerk of Court

by: _____
     Barbara Sohn, Deputy Clerk

Encl.

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek Justice."*

| PROB 22 | DOCKET NUMBER(Tran.Ct) |
|---|---|
| **TRANSFER OF JURISDICTION** | 01-005695-CR-JORDAN |
| | DOCKET NUMBER(Rec.Ct) |

MAGISTRATE JUDGE SCHENKIER

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE **CARLOS TYRONE WILSON** | DISTRICT **SD/FL, MIAMI** | DIVISION **PROBATION** |
|---|---|---|

**07CR 700**

| | NAME OF SENTENCING JUDGE **THE HONORABLE ADALBERTO JORDAN** | | |
|---|---|---|---|
| SD/FL PACTS No. 68682 JUDGE LEINENWEBER | DATES OF PROBATION SUPERVISED RELEASE | FROM 07/21/06 | TO 07/20/09 |

OFFENSE: **IMPORTATION OF COCAINE**, in violation of Title 21, US Code, Section 952(a).

FILED
J.N 10-23-07
OCT 2 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois, Chicago** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-31-07
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 3 2007
Effective Date

10-30-07

United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

01 Case No. 0569 CR-JORDAN

21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)

MAGISTRATE JUDGE
BANDSTRA

**UNITED STATES OF AMERICA**

v.

**CARLOS TYRONE WILSON**

_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 30, 2001, at Miami International Airport, in Miami-Dade County, in the

Southern District of Florida and elsewhere, the defendant,

### CARLOS TYRONE WILSON,

did knowingly and intentionally import into the United States, from a place outside thereof, a

Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of

cocaine; in violation of Title 21, United States Code, Section 952(a).

### COUNT II

On or about May 30, 2001, at Miami International Airport, in Miami-Dade County, in the

Southern District of Florida and elsewhere, the defendant,

### CARLOS TYRONE WILSON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance,



that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21,

United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON


_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                    Page 1 of 6

# United States District Court

## Southern District of Florida

### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987) |
| v. | **Case Number: 1-01CR00569-001** |
| CARLOS TYRONE WILSON | Counsel For Defendant: Hector Flores,<br>Counsel For The United States: Matthew Dates, AUSA<br>Court Reporter: Francine Salopek |

FILED by

DEC 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The defendant pleaded guilty to Count One of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C., Section 952(a) | Importation of cocaine | 5/30/01 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
December 14, 2001

ADALBERTO JORDAN
United States District Judge

December ____17____ 2001

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

Date 11/7/07

DEC 19 2001

rec'd in ___ ___

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case

DEFENDANT: CARLOS TYRONE WILSON
CASE NUMBER: 1-01CR00569-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **70 months.**

The Court recommends to the Bureau of Prisons:

> The Court recommends that the defendant be designated to and institution near
> Chicago and that he placed in the drug treatment program while incarcerated.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case

USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case                                                                Page 3 of 6

DEFENDANT: CARLOS TYRONE WILSON
CASE NUMBER: 1-01CR00569-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

**The defendant shall also comply with the additional conditions on the attached page.**

# STANDARD CONDITIONS OF SUPERVISION

1.     The defendant shall not leave the judicial district without the permission of the court or probation officer;
2.     The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.     The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.     The defendant shall support his or her dependents and meet other family responsibilities;
5.     The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.     The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment;
7.     The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.     The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.     The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10.    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11.    The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
12.    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13.    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                                    Page 4 of 6

DEFENDANT: CARLOS TYRONE WILSON
CASE NUMBER: 1-01CR00569-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment.

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                                    Page 5 of 6

DEFENDANT: CARLOS TYRONE WILSON
CASE NUMBER: 1-01CR00569-001

## CRIMINAL MONETARY PENALTIES

       The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | $ | $ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case                                                    Page 6 of 6

DEFENDANT: CARLOS TYRONE WILSON
CASE NUMBER: 1-01CR00569-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

     A.  Lump sum payment of $100.00 due immediately.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the U.S. COURTS and is to be addressed to:**

     **U.S. CLERK'S OFFICE**
     **ATTN: FINANCIAL SECTION**
     **301 N. MIAMI AVENUE, ROOM 150**
     **MIAMI, FLORIDA 33128**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
# Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00569-AJ-ALL

Case title: USA v. Wilson                              Date Filed: 06/12/2001
Magistrate judge case number: 1:01-mj-02938

Assigned to: Judge Adalberto
Jordan

## Defendant

**Carlos Tyrone Wilson** (1)                    represented by  **Hector L. Flores**
*DOB: 2/27/72 Prisoner #67406-*                                Federal Public Defender's Office
*004*                                                           150 W Flagler Street
*TERMINATED: 12/17/2001*                                        Miami, FL 33130-1556
*also known as*                                                 305-536-6900
Carlos Wilson (1)                                               Fax: 530-7120
                                                                Email: hector_flores@fd.org
                                                                *TERMINATED: 12/17/2001*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Public Defender*
                                                                *Appointment*

## Pending Counts                                      ## Disposition

21:952=NI.F NARCOTICS -                                Imprisonment for a term of 70
IMPORT (COCAINE)                                       months. Supervised release for a
SCHEDULE II                                            period of 3 years. Assessment of
(1)                                                    $100.00.

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts                                   ## Disposition

21:841B=NP.F NARCOTICS -

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
Deputy Clerk
Date 11/7/07

POSSESSION WITH INTENT
TO DISTRIBUTE (COCAINE)
SCHEDULE II
(2)

Dismissed

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                              **Disposition**

Import, possession with intent to
distribute, cocaine [ 1:01-m -
2938 ]

**Plaintiff**

USA                          represented by **David Gardey**
                                            United States Attorney's Office
                                            99 NE 4 Street
                                            Miami, FL 33132
                                            305-961-9207
                                            Fax: 530-7087
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2001 | | ARREST of Carlos Wilson [ 1:01-m -2938 ] (ks, Deputy Clerk) (Entered: 06/04/2001) |
| 06/03/2001 | 1 | COMPLAINT as to Carlos Wilson [ 1:01-m -2938 ] (ks, Deputy Clerk) (Entered: 06/04/2001) |
| 06/04/2001 | 2 | REPORT Commencing Criminal Action as to Carlos Wilson DOB: 2/27/72 Prisoner # 67406-004 [ 1:01-m -2938 ] (ks, Deputy Clerk) (Entered: 06/04/2001) |
| 06/04/2001 | 3 | ORDER on Initial Appearance as to Carlos Wilson Bond set to TEMPORARY PRETRIAL DETENTION for Carlos Wilson., for Appointment of Public Defender Arraignment set for 10:00 6/18/01 for Carlos Wilson ; Detention hearing set for 10:00 6/7/01 for Carlos Wilson ; Preliminary examination set for |

| | | |
|---|---|---|
| | | 10:00 6/18/01 for Carlos Wilson ; before Duty Magistrate, , ( Signed by Magistrate Barry L. Garber on 6/4/01) Tape # 01C-41-2879 CCAP [ 1:01-m -2938 ] (ks, Deputy Clerk) (Entered: 06/04/2001) |
| 06/06/2001 | 4 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Carlos Wilson [ 1:01-m -2938 ] (ks, Deputy Clerk) (Entered: 06/07/2001) |
| 06/07/2001 | 5 | TEMPORARY ORDER OF DETENTION as to Carlos Wilson ( Signed by Magistrate Barry L. Garber on 6/7/01) Tape # 01C44-2028 CCAP [ 1:01-m -2938 ] (pv, Deputy Clerk) (Entered: 06/08/2001) |
| 06/08/2001 | 6 | FORMAL ORDER OF DETENTION as to Carlos Wilson ( Signed by Magistrate Barry L. Garber on 6/8/01) Tape # CCAP [ 1:01-m -2938 ] (ks, Deputy Clerk) (Entered: 06/11/2001) |
| 06/12/2001 | 7 | INDICTMENT as to Carlos Tyrone Wilson (1) count(s) 1, 2 (Criminal Category 1) (Preliminary Examination cancelled.) (cp, Deputy Clerk) (Entered: 06/14/2001) |
| 06/12/2001 | | Magistrate identification: Magistrate Judge Ted E. Bandstra (cp, Deputy Clerk) (Entered: 06/14/2001) |
| 06/18/2001 | 8 | STANDING DISCOVERY ORDER as to Carlos Tyrone Wilson all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Robert L. Dube on 6/18/01) Tape # 01H-25-248 CCAP (Former Deputy Clerk) (Entered: 06/19/2001) |
| 06/18/2001 | 9 | ARRAIGNMENT INFORMATION SHEET for Carlos Tyrone Wilson (1) count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (Former Deputy Clerk) (Entered: 06/19/2001) |
| 06/21/2001 | 10 | ORDER setting pretrial schedule and trial date and requiring filing of speedy trial reports as to Carlos Tyrone Wilson setting Calendar Call for 9:00 a.m. on 8/1/01; Trial for 2 week period beginning 8/13/01 before Judge Adalberto Jordan (Signed by Judge Adalberto Jordan on 6/21/01) CCAP [EOD Date: 6/22/01] CCAP (sn, Deputy Clerk) (Entered: 06/22/2001) |
| 06/25/2001 | 11 | NOTICE of Assignment of Assistant Public Defender for Carlos Tyrone Wilson . Terminated attorney Public Defender for Carlos Tyrone Wilson AFPD Hector L. Flores assigned. |

| | | |
|---|---|---|
| | | (Former Deputy Clerk) (Entered: 06/26/2001) |
| 06/29/2001 | 12 | RESPONSE to Standing Discovery Order by USA as to Carlos Tyrone Wilson (Former Deputy Clerk) (Entered: 07/02/2001) |
| 08/01/2001 | | Calendar call as to Carlos Tyrone Wilson held (wc, Deputy Clerk) (Entered: 08/02/2001) |
| 08/01/2001 | 13 | Minutes of Calendar Call held on 8/1/01 before Judge Adalberto Jordan as to Carlos Tyrone Wilson ; Case will probably be a plea, pending lab report. Case set for a status conference re plea on 8/20/01 at 9:00am. Court Reporter Name or Tape #: Brynn Dockstader (wc, Deputy Clerk) (Entered: 08/02/2001) |
| 09/07/2001 | 14 | Plea Agreement as to Carlos Tyrone Wilson (Former Deputy Clerk) (Entered: 09/10/2001) |
| 09/07/2001 | 15 | Minutes of change of plea held on 9/7/01 before Judge Adalberto Jordan as to Carlos Tyrone Wilson ; GUILTY: Carlos Tyrone Wilson (1) count(s) 1 Court Reporter Name: Francine Salopek (Former Deputy Clerk) (Entered: 09/10/2001) |
| 09/07/2001 | | Change of Plea Hearing as to Carlos Tyrone Wilson held (Former Deputy Clerk) (Entered: 09/10/2001) |
| 09/07/2001 | 16 | NOTICE of Hearing as to Carlos Tyrone Wilson : setting Sentencing for 9:00 12/14/01 for Carlos Tyrone Wilson before Judge Adalberto Jordan (Former Deputy Clerk) (Entered: 09/10/2001) |
| 12/12/2001 | 17 | MOTION by Carlos Tyrone Wilson for downward departure (gz, Deputy Clerk) (Entered: 12/13/2001) |
| 12/13/2001 | 18 | RESPONSE by USA as to Carlos Tyrone Wilson re [17-1] motion for downward departure/objections to PSI report (gz, Deputy Clerk) (Entered: 12/14/2001) |
| 12/14/2001 | | Sentencing held Carlos Tyrone Wilson (1) count(s) 1 (wc, Deputy Clerk) (Entered: 12/19/2001) |
| 12/17/2001 | 20 | JUDGMENT as to Carlos Tyrone Wilson (1) count(s) 1. Imprisonment for a term of 70 months. Supervised release for a period of 3 years. Assessment of $100.00. , Carlos Tyrone Wilson (1) count(s) 2. Dismissed ( Signed by Judge Adalberto Jordan on 12/17/01) [EOD Date: 12/19/01] CCAP (wc, Deputy Clerk) (Entered: 12/19/2001) |

| 12/18/2001 | 19 | Minutes of Sentencing hearing held on 12/14/01 before Judge Adalberto Jordan as to Carlos Tyrone Wilson ; Court Reporter Name or Tape #: Francine Salopek (wc, Deputy Clerk) (Entered: 12/19/2001) |
|---|---|---|
| 11/07/2007 | ❍22 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Carlos Tyrone Wilson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (bs) (Entered: 11/07/2007) |
| 11/07/2007 | ❍23 | Transmittal Letter as to Carlos Tyrone Wilson sent to Northern District of Illinois with Transfer of Jurisdiction (bs) (Entered: 11/07/2007) |

Case 1:01-cr-00569-AJ    Document 22    Entered on FLSD Docket 11/07/2007    Page 1 of 3



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5698

**MICHAEL W. DOBBINS**
CLERK

October 30, 2007

Mr. Clarence G. Maddox II
Clerk/Court Administrator
United States District Court
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128



Dear Clerk:

**Re:  Case number 01-5695-CR  US v** Carlos Tyrone Wilson
Our case number:  07cr700   - Northern District of Illinois, Judge Leinenweber

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Carlos Wilson   , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   _____
Ellenore Duff
Deputy Clerk

Enclosure

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
by _____ Deputy Clerk
Date 11/7/07