PROB 12B  Case 1:07-cr-00700   Document 3   Filed 12/05/2007   Page 1 of 3   Page 4 of 5
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

RE: Client Name: WILSON, Carlos  
    Docket No: 07CR00700-1

Pacts No. 20733

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ months, for a total term of _____ months.

☒ To modify the conditions of supervision as follows:

**The offender shall reside at the Salvation Army Work Release Center for up to 120 days at the direction of the probation officer.**

Respectfully submitted,

Missy K. Kolbe  
United States Probation Officer  
Tel: 312-435-5864

Reviewed by:

Therese M. Fitzpatrick  
Supervising U.S. Probation Officer  
Tel: 312-435-5749

Enclosures: Presentence Report  
Judgement and Commitment Order  
Probation Form 49-Waiver of Hearing  
Amended Court Order (including mental health treatment)

cc: Victoria Peters  
Associate Chief, Criminal Division  
Assistant U.S. Attorney  
U. S. Attorney's Office  
219 South Dearborn Street, 5th Floor  
Chicago, Illinois 60604

Carol A. Brook  
Deputy Director  
Federal Defender Program  
55 East Monroe Street, Suite 2800  
Chicago, Illinois 60603

Carlos Wilson

F

PROB 12B  Case 1:07-cr-00700   Document 3   Filed 12/05/2007   Page 2 of 3   Page 5 of 5
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

RE:  Client Name:  WILSON, Carlos                                                                Pacts No. 20733
     Docket No:    07CR00700-1

## RECOMMENDED MODIFICATION:

☐ To extend the term of supervision for ____ months, for a total term of ____ months.

☒ To modify the conditions of supervision as follows:

**The offender shall reside at the Salvation Army Work Release Center for up to 120 days at the direction of the probation officer.**

## THE COURT ORDERS:

☐ No Action

☐ The extension of supervision as noted above

☒ The modification of conditions as noted above

☐ Other

_____
Honorable Harry D. Leinenweber

12/5/2007
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS
## 1:07-CR-00700
### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The offender shall serve 120 days as the Salvation Army Work Release Center at the direction of the probation officer.**

Witness: _____
**Missy Kolbe**
*U.S. Probation Officer*

11/7/07
*(Date Signed)*

Signed: _____
**Carlos Wilson**
*Signature of Probationer/ Supervised Releasee*

11/07/07
*(Date Signed)*